■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE ANDERSON, Appellant. [713 NYS2d 494] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flaherty, J.), rendered June 3, 1998, convicting him of criminal sale of a controlled substance in the third degree (two counts), criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fourth degree, and criminally using drug paraphernalia in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a

reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The trial court's *Sandoval* ruling was a provident exercise of discretion (*see, People v Mattiace,* 77 NY2d 269, 275-276; *People v Pavao,* 59 NY2d 282; *People v Sandoval,* 34 NY2d 371).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Sullivan, Krausman and Goldstein, JJ., concur.